LAZIER et al. v. HOGE et al. (Circuit Court of Appeals, Eighth Circuit. April 2, 1923.) No. 6332. Appeal from the District Court of the United States for the Southern District of Iowa. Saunders & Stuart, of Council Bluffs, Iowa, for appellants. James Joyce, of Cambridge, Ohio, John P. Organ, and George S. Wright, all of Council Bluffs, Iowa, for appellees.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellees, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

LEMMON INV. CO. et al. v. KINNEY. (Circuit Court of Appeals, Eighth Circuit. December 11, 1922.) No. 6239. Appeal from the District Court of the United States for the Southern District of Iowa. E. D. Marshall, of Des Moines, Iowa, for appellants. E. R. Mason, of Des Moines, Iowa, for appellee.

PER CURIAM. Appeal dismissed, at costs of appellants, on motion of appellee, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

MATCHAN v. BANKERS' TRUST & SAVINGS BANK et al. (Circuit Court of Appeals, Eighth Circuit. December 4, 1922.) No. 6103. Appeal from the District Court of the United States for the District of Minnesota. M. H. Boutelle and George H. Selover, both of Minneapolis, Minn., for appellant. William A. Lancaster, David F. Simpson, John Junell, and James E. Dorsey, all of Minneapolis, Minn., for appellees.

PER CURIAM. Dismissed, without costs to either party in this court, per stipulation of parties.

---

MILLER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 15, 1923.) No. 6262. In Error to the District Court of the United States for the District of Nebraska. John N. Baldwin, J. H. Walker, and Daniel J. Monen, all of Omaha, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error docketed and dismissed, on motion of defendant in error and stipulation of parties.

---

MOORE v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 15, 1923.) No. 6107. In Error to the District Court of the United States for the District of Nebraska. John N. Baldwin, J. H. Walker, and Daniel J. Monen, all of Omaha, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error. Defendant below ordered to surrender to custody, etc.